# MEMORANDUM DECISIONS.

Robert ADAMSON, as Com'r., v. RICH-LAND REALTY CO. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Application denied, with $10 costs. Order signed.

A. FRANK WARREN REAL ESTATE CO., Respondent, v. STRASENBURGH, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 24, 1915.) Action by the A. Frank Warren Real Estate Company against Robert J. Strasenburgh. No opinion. Judgment affirmed, with costs.

Alfred E. ALDRIDGE, appellant, v. ÆTNA LIFE INSURANCE CO., respondent. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Judgment affirmed, with costs. All concur, except KRUSE, P. J., who dissents upon the ground that it should not be held as a matter of law that the untruthful statement with reference to plaintiff's having received medical attention is a warranty, in view of the fact that it was not contained in the copy of the application which was attached to the policy.

In the Matter of the Transfer Tax upon the Estate of J. Henry ALEXANDRE, deceased. (Supreme Court, Appellate Division, Second Department. December 17, 1915.) Order of the Surrogate's Court of Richmond County modified, so as to apportion the $9,229.85, fixed as transfer tax, pro rata between petitioner's beneficial interest under the trust fund and her other nontrust interests under the will, following Matter of Title Guarantee & Trust Co., 81 Misc. Rep. 106, 112, 142 N. Y. Supp. 1070, 159 App. Div. 803, 144 N. Y. Supp. 889; 212 N. Y. 551, 106 N. E. 1043, and as so modified affirmed, without costs of this appeal. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

Harry L. ALLEN, as receiver, etc., appellant, v. Charles A. ARMSTED, respondent. (Supreme Court, Appellate Division. Fourth Department. January 22, 1916.) Judgment reversed and new trial granted, with costs to appellant to abide event. Held: That the nonsuit was improperly granted, and while the verdict of the jury was taken and might be reinstated, we are of the opinion that under the circumstances a new trial should be granted. All concur.

Lucy B. ALLEN, respondent, v. Conrad M. BRAKER and others, appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Motion for stay denied.

Lucy B. ALLEN, respondent, v. Conrad M. BRAKER, Florence L. BRAKER and Florence M. FOX, appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Judgment and order affirmed, with costs, as to appellant Conrad M. Braker. But as proof of scienter did not involve the other defendants who signed the contract, the judgment and order as to them must be reversed. As they have not separately appeared, this reversal is without costs. No opinion. Jenks, P. J., and Carr, Mills, Rich, and Putnam, JJ., concur.

ALONG THE HUDSON CO. v. Charles H. AYRES. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion denied, with $10 costs. Order filed.

ALVEY MFG. CO., appellant, v. INTERBORO BREWING CO., respondent. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Order affirmed, with costs. No opinion. Order filed.

AMERICAN MANUFACTURING COMPANY, respondent, v. Edward LINDGREN, and others, appellants. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

The AMERICAN SERVIANS ASSOCIATION OF NEW YORK, respondent, v. UNION SQUARE SAVINGS BANK, appellant. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Stapleton, Rich, and Putnam, JJ., concur.

AMERICAN & BRITISH MFG. CO., respondent., v. INTERNATIONAL POWER Co., Wilbur F. SADLER, recr., appellant. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

ANCIENT ORDER OF HIBERNIANS OF N. Y. COUNTY, appellant v. ANCIENT ORDER OF HIBERNIANS OF AMERICA et al., respondents. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed with $10 costs and disbursements. No opinion. Order filed.

John ANDRIUSZIS, respondent, v. PHILADELPHIA & READING COAL & IRON

COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Motions denied, without costs.

James ASHLEY, respondent, v. NATIONAL HOTEL CO., appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held: That the court erred in refusing to charge as requested "that on the evidence the defendant did not maintain any faulty construction, either in the elevator or in the walls or openings or plans and designs of the same." All concur.

AUGUST, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by Simon August against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

Vincent J. AUNCHMAN v. S. Howard LEGGETT. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion granted, with $10 costs. Order filed.

George BAGDON, appellant, v. PHILADELPHIA & READING COAL & IRON COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Motion granted. The question certified is: "Should service of the summons in this action upon the defendant be set aside?"

Hyman D. BAKER v. ANCIENT ORDER OF HIBERNIANS. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion denied, with $10 costs. Order filed.

Theodore BAKER and others, appellants, v. Emma H. GRIFFITH and Charles E. GRIFFITH, respondents. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Motion granted, and case set down for Friday, January 14, 1916.

Dickerson G. BAKER and another, appellants, v. Frank H. PAGE et al., respondents. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

John W. BAKER, applt., v. TOWN OF GROVE, respt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment and order affirmed with costs. All concur.

BARBER, Respondent, v. KNAPP et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by Mina C. Barber, against Martha A. Knapp and another. No opinion. Findings of fact numbered sixth and ninth disapproved, in so far as it is therein found that Rena P. Knapp made an agreement to sell or sold gravel from the premises described in the complaint, and the conclusions of law numbered first and second are modified by striking therefrom the words "and Rena P. Knapp," and the conclusion of law numbered fourth is modified by striking therefrom so much thereof as adjudges that the plaintiff recover costs and disbursements of the action to be taxed and deducted from the moneys arising from the sale of gravel and on deposit with the county treasurer, and by inserting in lieu thereof a provision that no costs be allowed to any party in the trial court. The judgment appealed from is modified accordingly, and as so modified is affirmed, without costs of this appeal to any party.

Albert BARBER, applt., v. W. A. CASE & SON MFG. CO., respt. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Judgment and order affirmed, with costs. All concur.

Clara S. BARCLAY as trustee, Respt., v. Reginald G. BARCLAY, Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order (155 N. Y. Supp. 221) affirmed, with $10 costs and disbursements. No opinion. Order filed.

William H. BARNARD and ano., Respts., v. Noah H. SWAYNE et al., impld. with Florence De G. Shaw, Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

In re BARNES. (Supreme Court, Appellate Division, Fourth Department. November 24, 1915.) In the matter of the application of James M. Barnes for the appointment of commissioners to ascertain the damage to his property caused by the change of grade of street in Cuba Village. No opinion. Judgment affirmed, with costs, upon stipulation filed.

Charles P. BARNES, applt., v. Oliver DE RIDDER and one, respts. Charles P. BARNES, applt., v. Simon H. AGNEW and one, respts. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment affirmed, with costs. All concur.

Retta H. BARRANGER, Applt., v. JAMES BUTLER, Inc., Respt. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Van R. BARRETT, respt., v. William J. BRADY, applt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held: 1. That the exception taken to the refusal of the court to dismiss the first cause of action stated in the complaint because of the failure of evidence to support it, constituted reversible error. 2. That the finding of the jury upon the second cause of action stated in the complaint is against the weight of the